UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>    JAMES M. DEVITT<br><br>           Debtor. | )<br>)  Case No. 13-04678<br>)<br>)  Chapter 13<br>) |

---

| | |
|---|---|
| JAMES M. DEVITT<br><br>           Plaintiff<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>           Defendant. | )<br>)<br>)<br>)  Adversary No.<br>)<br>)<br>)<br>)<br>)  Honorable Judge Cassling<br>)<br>) |

## ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF JPMORGAN CHASE BANK, N.A.

NOW COMES the Plaintiff, JAMES M. DEVITT, by and through his attorney, Kathleen Vaught, P.C., and complaints of the Defendant, JPMORGAN CHASE BANK, N.A., and states as follows:

1. The Plaintiff, JAMES M. DEVITT, is an individual residing at 8662 Ailsworth, Darien, Illinois 60561.

2. JPMORGAN CHASE BANK, N.A. is a lender and/or servicer of mortgages.

3. On February 7, 2013, JAMES M. DEVITT filed a Petition for Relief under Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois as Case Number 13-04678.

4. This Adversary Proceeding arises under Sections 502 and 506 of the United States Bankruptcy Code.

5. This Honorable Court has Jurisdiction over this Adversary Proceeding pursuant to 28 USC Sections 151, 157 and Local Rule 2.33 of the United States District Court

for the Northern District of Illinois, in that this action relates to the Bankruptcy Case 13-04678, IN RE JAMES M. DEVITT, which is presently pending before this Honorable Court.

6. This proceeding is a core proceeding under 28 USC Section 157(b)(2)(K).

7. JAMES M. DEVITT is the sole owner of real estate (hereinafter called "the real estate") commonly known as 8662 Ailsworth, Darien, Illinois 60561, and legally described as follows:

LOT 410 IN GALLAGHER AND HENRY'S FARMINGDALE VILLAGE UNIT 4, A SUBDIVISION OF PART OF THE EAST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, AND OF PART OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 6, TOWNSHIP 37 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 25, 1977, AS DOCUMENT R77-29134, IN DUPAGE COUNTY, ILLINOIS. PIN: 09-31-303-013.

8. The fair market value of the real estate is $318,000.00. See attached appraisal as an Exhibit.

9. A first mortgage lien is currently held by CITIMORTGAGE, INC. in the amount of approximately $336,989.00.

10. JPMORGAN CHASE BANK, N.A. was granted the junior mortgage for $50,000.00.

11. Under Sections 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not an allowed secured claim.

12. The amount owed on the first mortgage, $336,989.00, exceeds the value of the underlying property, which is $318,000.00.

13. Because the junior mortgage lien held by JPMORGAN CHASE BANK, N.A. is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In re: Havel, 2002 Bankr, Lexis 1004 (Bankr S.D. Ill. 2002) In Re: Mann, 249 B.R. 831, 840 (1st Cir. BAP 2000); In Re: Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001); In Re: McDonald, 205 F.3d 606 (3rd Cir. 2000); Bartee vs. Tara Colony Homeowners Assoc., 212 F.3d 277 (5th Cir. 2000): In Re: Lam, 211 B.R. 36 (9th Cir. BAP 1357); In Re: Tanner, 217 F.3d 1357 (11th Cir.).

WHEREFORE, JAMES M. DEVITT, pray that this Honorable Court enter a judgment against JPMORGAN CHASE BANK, N.A. and finds that the alleged lien of JPMORGAN CHASE BANK, N.A. is completely unsecured and avoid the JPMORGAN CHASE BANK, N.A. junior mortgage recorded in the DuPage County Recorder of Deeds and find that the junior mortgage is of no further legal effect and for any further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Kathleen Vaught*
Kathleen Vaught, P.C.

Kathleen Vaught, P.C. #2892790
Attorney at Law
600 W. Roosevelt Rd., Suite B-1
Wheaton, IL 60187
Tel: 630-871-9100
Fax: 630-871-9200

**Restricted Use Residential Appraisal Report**    File No. 12-16893

This report is limited to the sole and exclusive use of the client. The appraiser's opinions and conclusions set forth in this report may not be understood properly without additional information in the appraiser's workfile. The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

**PURPOSE**
Client: James Devitt    E-mail: jimdevitt@sbcglobal.net
Client Address: 8662 Ailsworth Dr.    City: Darien    State: IL    Zip: 60561
Intended Use: establish current market value as of effective date

**SUBJECT**
Property Address: 8662 Ailsworth Dr.    City: Darien    State: IL    Zip: 60561
Other Description (APN, Legal, etc.), if applicable: 09-31-303-013 - Lot 410, Gallagher & Henry's Farmingdale Village Unit 4
Property Rights Appraised: [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)
Subject property existing use: Single Family - owner occupied    Use reflected in appraisal: Single Family - owner occupied
Highest and Best Use: [X] Existing   [ ] Other:
My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

**SALES HISTORY**
Prior Sale/Transfer:    Date 05/16/2000    Price $229,000    Source(s) Tax Records, Realist Property Detail Report
Analysis of prior sale transfer history of the subject property (and comparable sales, if applicable)

Offerings, options and contracts as of the effective date of the appraisal    N/A

**COMMENTS**
Marketability Comments: The subject is a 2 story home built in 1989. The subject is in average condition with an updated kitchen and 2nd floor bath. There is minor deferred maintenance which is typical for a home of the subjects age. Due to the subjects mansord roof design and the fact the subject backs to commercial business, these two factors are considered to have potential to adversely effect marketability.

Site Comments: The subjects site is relatively level, and backs to a commercial business.

Improvement Comments: Updated kitchen and 2nd floor hall bath. Majority of home appears to be average condition.

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8662 Ailsworth Dr. Darien | 3037 Hillside Ct. Darien, IL 60561 | | 8515 Ailsworth Dr. Darien, IL 60561 | | 7811 Carlton Rd. Darien, IL 60561 | |
| Proximity to Subject | | 0.38 miles E | | 0.19 miles N | | 1.82 miles NE | |
| Sale Price | $ | $ 368,000 | | $ 318,000 | | $ 362,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 120.85 sq.ft. | | $ 154.52 sq.ft. | | $ 176.50 sq.ft. | |
| Data Source(s) | | MLS#08073621 | | MLS#08062087 | | MLS#07998092 | |
| Verification Source(s) | | Assessor, County Recorder | | Assessor, County Recorder | | Assessor, County Recorder | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conventional None Reported | | Conventional None Reported | | Conventional None Reported | |
| Date of Sale/Time | | 07/20/2012 | | 07/31/2012 | | 04/30/2012 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9538 sq.ft. | 14455 sq.ft. | -5,000 | 10084 sq.ft. | | 9504 sq.ft. | |
| View | Resid/Comm. | Residential | -5,000 | Residential | -5,000 | Residential | -5,000 |
| Design (Style) | 2 Story | 2 Story | | 2 Story | | 2 Story | |
| Quality of Construction | Brick/AVS | Brick/AVS | | Brick/AVS | | Brick/AVS | |
| Actual Age | 23 Yrs | 23 Yrs | | 28 Yrs | | 26 Yrs | |
| Condition | Average | Average | | Average | | Average + | -25,000 |
| Above Grade Room Count | Total 8 / Bdrms 4 / Baths 2.1 | Total 11 / Bdrms 5 / Baths 3.1 | -7,500 | Total 8 / Bdrms 4 / Baths 2.1 | | Total 8 / Bdrms 4 / Baths 2.1 | |
| Gross Living Area | 2,439 sq.ft. | 3,045 sq.ft. | -18,180 | 2,058 sq.ft. | 11,430 | 2,051 sq.ft. | 11,640 |
| Basement & Finished Rooms Below Grade | 1044 sq.ft. Unfinished | 986 sq.ft. Rec Room | -7,500 | 864 sq.ft. Rec Room | -7,500 | 864 sq.ft. Rec Room | -7,500 |
| Functional Utility | 4 BR | 5 BR | | 4 BR | | 4 BR | |
| Heating/Cooling | GFA/CAC | GFA/CAC | | GFA/CAC | | GFA/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -5,000 | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Fireplace | 1 Fireplace | 2 Fireplace | -2,000 | 1 Fireplace | | 1 Fireplace | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 50,180 | [ ]+ [X]- $ | 1,070 | [ ]+ [X]- $ | 25,860 |
| Adjusted Sale Price of Comparables | | Net Adj. -13.6% Gross Adj. 13.6% | $ 317,820 | Net Adj. -0.3% Gross Adj. 7.5% | $ 316,930 | Net Adj. -7.1% Gross Adj. 13.6% | $ 336,140 |

Summary of Sales Comparison Approach: All sales are 2 story, 4 bedroom homes located in Darien, IL within High School District 99. All sales have residential views and is considered superior to the subject which backs commercial building. All sales have finished basements and is also superior to the subject. Sale 3 is over a mile from the subject and was used due to the lack of more recent sales in the immediate area of similar design and style. Sale 3 has superior level of updates such as windows, mechanicals, roof, etc. Sale 4 is an active listing in the subjects neighborhood. 5% was deducted from the list price.

## Restricted Use Residential Appraisal Report

File No. 12-16893

Methods and techniques employed: [X] Sales Comparison Approach  [ ] Cost Approach  [ ] Income Approach  [ ] Other:
Discussion of methods and techniques employed, including reason for excluding an approach to value: The sales comparison approach is the only method used for this assignment and is the most widely and commonly used method by sellers and buyers, as well as selling and buying agents.

Reconciliation comments: Sales 1 and 2 were given the most weight due to the fact they are the most recent within the subjects neighborhood of similar style and design.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of _____, which is the effective date of this appraisal, is:
[X] Single point $ 318,000    [ ] Range $ ___ to $ ___    [ ] Greater than  [ ] Less than  $ ___
This appraisal is made [ ] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
[ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed    [ ] subject to the following:

### Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

Type of Value:  [X] Market Value   [ ] Other Value:
Source of Definition: 2008-2009 Edition of USPAP
Definition of Value: Definition of Market Value: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specified conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal.
Additional Comment: Forming an opinion of market value is the purpose of many real property appraisal assignments, particularly when the client's intended use includes more than one intended user. The conditions included in market value definitions establish market perspectives for development of the opinion. These conditions may vary from definition to definition but generally fall into three categories:
1.) the relationship, knowledge, and motivation of the parties (i.e., seller and buyer)
2.) the terms of sale (e.g., cash, cash equivalent, or other terms); and
3.) the conditions of sale (e.g., exposure in a competitive market for a reasonable time prior to sale).

APPRAISER
Signature: 
Name: Darren Meyer
State Certification # 556.003101
or License #
or Other (describe): ___ State #: ___
State: IL
Expiration Date of Certification or License: 09/30/2013
Date of Signature and Report: 12/03/2012
Date of Property Viewing: 11/19/2012
Degree of property viewing:
[X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view

CO-APPRAISER
Signature:
Name:
State Certification #
or License #
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client and to the intended use of the report. This report was prepared for the sole and exclusive use of the client for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not a home inspection or environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is not consistent with the definition of Market Value for property insurance coverage/use unless otherwise stated by the appraiser.

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**



SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: James Devitt | File No.: 12-16893 |
| Property Address: 8662 Ailsworth Dr. | Case No.: |
| City: Darien | State: IL  Zip: 60561 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date:
Appraised Value: $ 318,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: James Devitt | File No.: 12-16893 |
|---|---|
| Property Address: 8662 Ailsworth Dr. | Case No.: |
| City: Darien    State: IL | Zip: 60561 |



**COMPARABLE SALE #1**

3037 Hillside Ct.
Darien, IL 60561
Sale Date: 07/20/2012
Sale Price: $ 368,000



**COMPARABLE SALE #2**

8515 Ailsworth Dr.
Darien, IL 60561
Sale Date: 07/31/2012
Sale Price: $ 318,000



**COMPARABLE SALE #3**

7811 Carlton Rd.
Darien, IL 60561
Sale Date: 04/30/2012
Sale Price: $ 362,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: James Devitt | | File No.: 12-16893 |
|---|---|---|
| Property Address: 8662 Ailsworth Dr. | | Case No.: |
| City: Darien | State: IL | Zip: 60561 |



**COMPARABLE SALE #4**

3396 Gilbert Ct.
Darien, IL 60561
Sale Date: N/A
Sale Price: $ 389,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

FLOORPLAN SKETCH

| Client: James Devitt | File No.: 12-16893 |
|---|---|
| Property Address: 8662 Ailsworth Dr. | Case No.: |
| City: Darien | State: IL  Zip: 60561 |



Comments:

| AREA CALCULATIONS SUMMARY |||| LIVING AREA BREAKDOWN |||
|---|---|---|---|---|---|---|
| Code | Description | Size | Net Totals | Breakdown || Subtotals |
| GLA1 | First Floor | 1359.00 | 1359.00 | First Floor ||  |
| GLA2 | Second Floor | 1080.00 | 1080.00 | 29.0 x 36.0 || 1044.00 |
| GAR | Garage | 495.00 | 495.00 | 14.0 x 22.5 || 315.00 |
|  |  |  |  | Second Floor ||  |
|  |  |  |  | 30.0 x 36.0 || 1080.00 |
|  | TOTAL LIVABLE (rounded) |  | 2439 | 3 Calculations Total (rounded) || 2439 |

**LOCATION MAP**

| Client: James Devitt | | File No.: 12-16893 |
|---|---|---|
| Property Address: 8662 Ailsworth Dr. | | Case No.: |
| City: Darien | State: IL | Zip: 60561 |

